UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANICE L. SULLIVAN,

    Plaintiff,

    v.

WELLS FARGO MORTGAGE, LLC, et al.,

    Defendants.

Case No. 14-cv-00653-JST

**ORDER TO PLAINTIFF TO RESPOND TO DEFENDANT'S REQUEST FOR A STAY**

    The Court is in receipt of Defendant Wells Fargo Bank, N.A.'s response to Plaintiff's Motion to Remand. ECF No. 20. Defendant acknowledges that the undersigned has previously held that Defendant is a citizen of California, defeating diversity jurisdiction. See Vargas v. Wells Fargo Bank, N.A., ___ F. Supp. 2d ___, 2013 WL 6235575, No. 3:12-cv-02008-JST (N.D. Cal. Dec, 2, 2013). While Plaintiff does not directly raise this issue in her motion to remand, district courts have an independent obligation to satisfy themselves of their subject-matter jurisdiction over a removed action. United Investors Life Ins. Co. v. Waddell & Reed, Inc., 360 F.3d 960, 967 (9th Cir. 2004).

    In its response, Wells Fargo requests a stay of this action rather than remand.

    The Court hereby ORDERS Plaintiff to file a response to Wells Fargo's request, indicating whether she supports or opposes a stay, by March 21, 2014. If Plaintiff supports a stay, the Court will stay this action for no more than six months.

    **IT IS SO ORDERED.**

Dated: March 5, 2014

_____
JON S. TIGAR
United States District Judge