UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE L. SULLIVAN, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO MORTGAGE, LLC, et al., <br><br> Defendants. | Case No. 14-cv-00653-JST <br><br> **ORDER REMANDING ACTION TO STATE COURT** |

In its response to Plaintiff's motion to remand, Defendant Wells Fargo Bank, N.A. acknowledged that the undersigned has previously held in Vargas v. Wells Fargo Bank, N.A., ___ F. Supp. 2d ___, 2013 WL 6235575, No. 3:12-cv-02008-JST (N.D. Cal. Dec, 2, 2013) that, for diversity purposes, Defendant Wells Fargo Bank, N.A. is a citizen of California as well as South Dakota, rendering this case non-diverse. ECF No. 20.

In its opposition to remand, Wells Fargo did not present facts particular to this case, or new controlling law which would warrant reconsideration of the Court's Vargas order, but instead requested a stay in favor of an appeal before the Ninth Circuit in an unrelated case presenting similar issues as those presented here. Id. The Court ordered Plaintiff to respond to Wells Fargo's request for a stay. ECF No. 23. Plaintiff responded by letter filed March 7, 2014, ECF No. 24, in which she opposes a stay.

In light of Plaintiff's response, the Court will remand this action, as it concludes that an indefinite stay in favor of an unrelated case that is currently on appeal would be inappropriate. See Dependable Highway Exp., Inc. v. Navigators Ins. Co., 498 F.3d 1059, 1067 (9th Cir. 2007) (reversing district court's entry of indefinite stay) (citing Yong v. I.N.S., 208 F.3d 1116, 1119 (9th Cir. 2000) (reversing district court's entry of indefinite stay in favor of appeal in unrelated case).

Due to the Court's lack of subject matter jurisdiction, this action is hereby REMANDED to

1   the Superior Court of San Francisco for further proceedings.  The Clerk shall close the case.

2   **IT IS SO ORDERED.**

3   Dated: March 14, 2014

4   _____
                    JON S. TIGAR
5                   United States District Judge